**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Patricia A. Donnelly           CHAPTER 13

Debtor(s)

BKY. NO. 20-14123 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust and index same on the master mailing list.

Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
22 Sep 2023, 13:14:01, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: faf9df481715916b6a82016fbdd22aefc60682839680f8a7befc8f8a4730012e