| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-14123-AMC**

Patricia A. Donnelly
1417 E. Cheltenham Avenue
Philadelphia  PA    19124

Petition Filed Date: 10/16/2020
341 Hearing Date: 11/20/2020
Confirmation Date: 03/17/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $300.00 | 19546109357 | 08/22/2023 | $167.00 | 19546109358 | 09/19/2023 | $300.00 | 19479245814 |
| 09/19/2023 | $168.00 | 19479245815 | 10/18/2023 | $466.00 | 19587935072 | 12/07/2023 | $467.00 | 19600854591 |
| 12/27/2023 | $467.00 | 19600855027 | 01/09/2024 | $468.00 | 19588913288 | 02/05/2024 | $469.00 | 109181572258 |
| 03/13/2024 | $470.00 | 19616332438 | 04/10/2024 | $468.00 | 19627865266 | 05/20/2024 | $473.00 | 19627689554 |
| 05/30/2024 | $167.00 | 19640022138 | 05/30/2024 | $300.00 | 19640022137 | 07/02/2024 | $467.00 | 19559770253 |

**Total Receipts for the Period: $5,617.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,424.33**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DIRECTV LLC<br>»» 001 | Unsecured Creditors | $196.95 | $0.00 | $196.95 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $43.60 | $31.16 | $12.44 |
| 3 | RUSHMORE SERVICING<br>»» 003 | Mortgage Arrears | $21,007.40 | $16,266.98 | $4,740.42 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |

Chapter 13 Case No. 20-14123-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,424.33 | Current Monthly Payment: | $465.00 |
| Paid to Claims: | $19,548.14 | Arrearages: | ($89.33) |
| Paid to Trustee: | $1,873.58 | Total Plan Base: | $27,845.00 |
| Funds on Hand: | $2.61 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.