United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 20-14123-amc
Patricia A. Donnelly                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14830523 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 11 2025 00:55:00 | U.S. Bank National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2025           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Patricia A. Donnelly spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| LAUREN MOYER | on behalf of Creditor Carrington Mortgage Services  LLC as servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bkecf@friedmanvartolo.com |

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Mar 10, 2025  Form ID: trc  Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-14123-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Patricia A. Donnelly
1417 E. Cheltenham Avenue
Philadelphia PA 19124

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/07/2025.

Name and Address of Alleged Transferor(s):

Claim No. 3: U.S. Bank National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741

Name and Address of Transferee:

US Bank National Association et. al
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road Suite 200A
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/12/25

Tim McGrath
**CLERK OF THE COURT**