Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 20-14123-AMC

Patricia A. Donnelly
1417 E. Cheltenham Avenue
Philadelphia  PA    19124

Petition Filed Date: 10/16/2020
341 Hearing Date: 11/20/2020
Confirmation Date: 03/17/2021

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $468.00 | 19663457625 | 09/10/2024 | $300.00 | 19673037028 | 09/10/2024 | $167.00 | 19673037029 |
| 10/09/2024 | $467.00 | 109280991468 | 11/12/2024 | $467.00 | 19691411909 | 12/17/2024 | $467.00 | 19699737756 |
| 01/22/2025 | $467.00 | 19567204425 | 03/03/2025 | $467.00 | 19678932276 | 03/21/2025 | $467.00 | 19679561931 |
| 04/01/2025 | $467.00 | 19718445385 | 06/05/2025 | $467.00 | 109225985980 | 06/25/2025 | $467.00 | 109225978070 |
| 07/29/2025 | $467.00 | 19758620050 | | | | | | |

**Total Receipts for the Period: $5,605.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $26,561.33**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 1 | AMERICAN INFOSOURCE LP AS AGENT for<br>»» 001 | Unsecured Creditors | $196.95 | $0.00 | $196.95 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $43.60 | $31.16 | $12.44 |
| 3 | CARRINGTON MORTGAGE SVCS LLC<br>»» 003 | Mortgage Arrears | $21,007.40 | $20,992.58 | $14.82 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 4 | COMMONWEALTH FINANCIAL SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | IC SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14123-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,561.33 | Current Monthly Payment: | $465.00 |
| Paid to Claims: | $24,273.74 | Arrearages: | $353.67 |
| Paid to Trustee: | $2,275.18 | Total Plan Base: | $27,845.00 |
| Funds on Hand: | $12.41 | | |

<u>**NOTES:**</u>

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.