United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-14123-amc
Patricia A. Donnelly     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 26, 2025     Form ID: 138OBJ     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Donnelly, 1417 E. Cheltenham Avenue, Philadelphia, PA 19124-1101 |
| 14551532 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14551536 | + | Emmanuel J. Argentieri, Esquire, Romano Garubo & Argentieri, 52 Newton Avenue, P.O. Box 456, Woodbury, NJ 08096-7456 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2025 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2025 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14570193 | | Email/Text: megan.harper@phila.gov | Sep 27 2025 00:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14979765 | ^ | MEBN | Sep 27 2025 00:33:27 | Carrington Mortgage Services, LLC as servicer for, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14551535 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 27 2025 00:48:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 14553739 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2025 01:00:26 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14551534 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 27 2025 00:48:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2912 |
| 14551537 | | Email/Text: Bankruptcy@ICSystem.com | Sep 27 2025 00:48:00 | I.C. Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14551538 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2025 00:48:00 | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14830523 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2025 00:48:00 | U.S. Bank National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14817524 | ^ | MEBN | Sep 27 2025 00:33:24 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14985462 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 27 2025 00:48:00 | US Bank National Association et. al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road Suite 200A, Anaheim, CA |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: 138OBJ | Total Noticed: 16 |

| 14571378 | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2025 00:48:00 | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 92806-5948 |
|---|---|---|---|

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14551533 | *+ | Patricia A. Donnelly, 1417 E. Cheltenham Avenue, Philadelphia, PA 19124-1101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:

**Name** — **Email Address**

DAVID B. SPITOFSKY
on behalf of Debtor Patricia A. Donnelly spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bkgroup@kmllawgroup.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor U.S. Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com

LAUREN MOYER
on behalf of Creditor Carrington Mortgage Services  LLC as servicer for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bkecf@friedmanvartolo.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)–doc 45 − 38

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Patricia A. Donnelly ) Case No. 20−14123−amc
    )
    )
   Debtor(s). ) Chapter: 13
    )
    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 26, 2025

For The Court

Mohung Wong
Clerk of Court